

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00359-CV

**IN THE INTEREST OF J.E.J.A.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00362
Honorable Monique Diaz, Judge Presiding

# O R D E R

On August 24, 2022, we ordered appellant's counsel, Ruby Gonzalez-Garcia, to file appellant's brief by September 6, 2022. On August 26, 2022, we received a supplemental clerk's record, providing appellant was appointed new counsel, Amanda Wilhelm. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. We **order** Amanda Wilhelm, appellant's new court-appointed appellate attorney, to file appellant's brief by **September 9, 2022**. Because of the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

It is so **ORDERED** on this 30th day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court